The State of Florida *ex rel.* Joseph J. Kittel, Relator, v. W. S. Jennings, Governor &c., *et al.,* Trustees of the I. I. Fund of Florida, Defendants.

*Henry H. Ingersoll* and *T. L. Clarke,* for Relator.

*Geo. P. Raney* and *J. B. Whitfield,* Attorney-General, for the Defendants.

This is an original proceeding of mandamus. A demurrer was filed to the alternative writ and was overruled April 28, 1903, on which date an opinion was filed by Mr. Justice HOCKER. Subsequently the defendants filed an amended answer. to which relator demurred. The demurrer to the amended answer was overruled January 19, 1904, on which date an opinion was filed by Mr. Justice HOCKER. The relator failed to plead further and the cause is dismissed on motion of the Attorney-General.